UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY GRANT JAMES ROGERS,

    Plaintiff,

v.                              CASE NO. 3:21cv335-MCR-EMT

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on May 12, 2021. ECF No. 7. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3.  The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 29th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**